AUSA: Jeremiah Smith Telephone: (313) 226-9100
AO 91 (Rev. 11/11) Criminal Complaint Task Force Officer: Joseph DiCicco Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Bendan Montez Pope-Steel

Case No. 26-mj-30700

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 8, 2026 through November 3, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Joseph DiCicco, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: November 5, 2026

*Judge's signature*

City and state: Detroit, MI

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Joseph DiCicco, being duly sworn, depose and state the following:

## I. INTRODUCTION

1. I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered by law to conduct investigations and make arrests of offenses enumerated under Federal law. I have been employed by the Detroit Police Department for the past 12 years and have been working as a detective for the past 4 years. I have worked as a detective with the domestic violence unit since November 2025. Prior to that, I was assigned to the non-fatal shooting team in Detroit's Tenth Precinct. As a Task Force Officer, I am assigned to ATF Group 2.

2. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

3. ATF is investigating Brendan Montez POPE-STEEL (DOB: XX, XX 1999) for violations of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).

## II. PROBABLE CAUSE

4. On October 18, 2026, Detroit police were called by the victim to 4663 E. Outer Drive, Detroit, Michigan for a felonious assault. When officers arrived, the victim stated that her child's father (POPE-STEEL) had recently assaulted her during a dispute inside of Apartment #203. The victim stated that she came to the location to retrieve money from POPE-STEEL, when the interaction led inside of his residence.

5. The victim stated that POPE-STEEL became angry after seeing another male call her cellphone. The victim stated that POPE-STEEL then began to physically strike her in the face with his hand. When the victim attempted to leave, POPE-STEEL pointed an "AR"-style firearm at her mouth. The victim stated that POPE-STEEL forced her to perform fellatio on POPE-STEEL. POPE-STEEL eventually let the victim leave the location without her car keys. Police were unsuccessful at contacting POPE-STEEL. They left the location.

6. On October 28, 2026, Detroit police were called by the same victim to 5001 E. Outer Drive, Detroit, Michigan for an aggravated felonious assault. When officers arrived, the victim stated that POPE-STEEL had assaulted her again during

a dispute outside of 4663 E. Outer Drive, Detroit, Michigan. The victim stated that she had come to that location to drop her son off to POPE-STEEL.

7. The victim stated that POPE-STEEL walked outside to their vehicle and appeared to be intoxicated. The victim stated that POPE-STEEL punched her in the face and struck her with an "AR", forcing her to get in the vehicle's backseat. POPE-STEEL then drove the vehicle with the victim and the child to a nearby liquor store. The victim stated that she called police while POPE-STEEL was inside of the liquor store. POPE-STEEL returned to the vehicle and found out that the victim called police. POPE-STEEL then drove to 5001 E. Outer Drive where he parked his vehicle in the street. The victim then stated that POPE-STEEL stole $200 and her pink Apple iPhone and then ran inside of 5001 E. Outer Drive, Apt. A202 E. Detroit, MI. The victim stated that POPE-STEEL possessed the "AR" when he ran into Apt. A202. Police attempted to check the Apt. A202 for POPE-STEEL but residents on scene would not give consent. Officers and the victim left the scene.

8. On October 29, 2026, TFO Reeves and I reviewed greenlight camera footage from 4663 E. Outer Drive, Detroit, MI. This camera footage showed POPE-STEEL on October 18, 2026, at approximately 12:02 a.m., prior to police being called for the felonious assault, walking into 4663 E. Outer Dr., Apt. 203, Detroit, Michigan with what appears to be a rifle-shaped object wrapped in clothing and a checkered bag.



9. On October 29, 2026, I interviewed the victim, who gave statements corroborating her initial reports and provided additional information about POPE-STEEL and the "AR" firearm. The victim provided me with a video dated October 8, 2026. In the video, POPE-STEEL is observed discharging the "AR" firearm POPE-STEEL used in the assaults.





10. On October 30, 2026, TFO Reeves applied for and obtained Federal Search Warrant (26-51304-3) for 4663 E. Outer Drive, Apartment 203, Detroit, MI 48234 and Federal Search Warrant (26-51304-4) for 5001 E. Outer Dr., Apartment 202, Detroit, MI 48234.

11. On November 3, 2026, physical and electronic surveillance placed POPE-STEEL and the victim's stolen cellular device at 33480 Michigan Ave., Wayne, MI 48184.

12. On November 3, 2026, I applied for and obtained Federal Search Warrant (26-51304-7) for 33480 Michigan Ave., Apartment 20, Wayne MI 48184.

13. On November 3, 2026, at approximately 10:42 a.m., law enforcement executed the search warrant at 33480 Michigan Ave., Apartment 20. There, they found

the victim's stolen iPhone and POPE-STEEL. Agents arrested POPE-STEEL and transported him to the Detroit Detention Center.

14. On November 3, 2026, at approximately 12:12 p.m., law enforcement executed the search warrant at 4663 E, Outer Drive, Apt. 203, which is POPE-STEEL's registered address. There, agents found a loaded Romania, model M-56, 7.62 mm rifle in the closet of the northeast bedroom. In the dresser drawer of the same bedroom, agents found multiple documents with POPE-STEEL's name on them, including his paperwork from Wayne County friend of the court with the address of 4663 E. Outer Drive, Apt. 203.












15. On November 4, 2026, TFO Joseph Dicicco and TFO Joshua Scott conducted a post-Miranda interview with POPE-STEEL. POPE-STEEL admitted that he knows he is a felon and not supposed to have firearms. POPE-STEEL also stated that he fired the Romania M56 rifle in the October 8th video and he kept it for protection.

16. In October 2026, I reviewed Michigan Law Enforcement Information network records relating to Brendon POPE-STEEL. POPE-STEEL has the following felony conviction:

- In 2021, POPE-STEEL pleaded guilty to Carrying a Concealed Weapon in Wayne County Third Circuit Court and was sentenced to one year probation.

17. On November 3, 2026, ATF Interstate Nexus Expert, Special Agent Josh Mclean, was contacted and provided a verbal description of the Romania, model M-56, 7.62 mm rifle. Special Agent Mclean determined that the Romania rifle is a firearm as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(3). Special Agent Mclean also concluded that the Romania rifle manufactured outside the State of Michigan and therefore affected interstate commerce.

## CONCLUSION

18. There is probable cause to believe that from on or about October 8, 2026, through November 3, 2026, in the Eastern District of Michigan, POPE-STEEL knowingly possessed a firearm as a convicted felon, in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

Joseph Dicicco, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence and/or by reliable electronic means

Hon. Elizabeth A. Stafford
United States Magistrate Judge

Dated: November 5, 2026